

Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:       CLERK, U.S. BANKRUPTCY COURT

Re:       UNDISTRIBUTED FUNDS

Debtors:  Manuel Aguilar Solis & Juana Mercede Aguilar
          20059 Arminta St
          Winnetka, CA 91306

Case No.: SV10-10562-MT

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| Manuel Aguilar Solis & Juana Mercede Aguilar<br>20059 Arminta St<br>Winnetka, CA 91306 | $631.00 |

Dated: April 29, 2011

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Check No.: 0829670
Check Date: 04/20/2011
Check Amt: 631.98

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1010562 | Claim #: 00000 | Manuel Aguilar Solis<br>Juana Mercede Aguilar | | 0.00 | 0.00 | 631.98 | 631.98 |
| | | TOTALS | | 0.00 | 0.00 | 631.98 | 631.98 |

---

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Apr 20, 2011
CHECK NO.: 0829670

CHECK AMOUNT
$********631.98

VOID AFTER 60 DAYS

Solis, Manuel Aguilar

Case No: 1010562

PAY ONLY 631.98
SIX THREE ONE PERIOD NINE EIGHT

PAY TO THE ORDER OF     CLK US BANKRUPTCY CT

VOID OVER $631.98

*Elizabeth F Rojas*

⑂⑂08 29670⑂⑂  ⑂122044300⑂  001⑂111590⑂